No. 82–56. SIMMONS ET AL. *v.* SEA-LAND SERVICES, INC., ET AL. C. A. 4th Cir. Certiorari denied. ▆▆▆▆

JUSTICE WHITE, with whom JUSTICE O'CONNOR joins, dissenting.

Under § 33(b) of the Longshoremen's and Harbor Workers' Compensation Act, 44 Stat. 1440, as amended, 33 U. S. C. § 933(b), the 6-month period within which an injured longshoreman must commence a third-party negligence action against a shipowner begins upon his "[a]cceptance of . . . compensation under an award in a compensation order." In this case, the Fourth Circuit held that, in effect, this period begins whenever an injured longshoreman accepts a compensation payment from his employer, even if he does not know at that time what his ultimate recovery will be. This approach conflicts with that of the Second Circuit, which has

932

held that the 6-month period begins only when the total amount of compensation benefits to be received by the injured worker is fixed, either by order, stipulation of the parties, or informal award. See *Verderame* v. *Torm Lines, a/s*, 670 F. 2d 5, 7 (CA2 1982). See also *D'Amico* v. *Cia de Nav. Mar. Netumar*, 677 F. 2d 249 (CA2 1982). I would grant certiorari in order to resolve the conflict.